

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mark Bradford, Mike Curtis, Stephen Duncombe, and Larry Nikel, Appellants

No. 06-23-00044-CV          v.

Sheree Estes-Stanley, Coy Clayton, Katie Clayton, Debora Stevens, Oscar Gongora, Jr., Karl Engstrom, Felix Deleon, Danette Deleon, Samantha McDonald, Joshua McDonald, and Kevin Kinser, Appellees

Appeal from the 278th District Court of Walker County, Texas (Tr. Ct. No. 2130065). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, Mark Bradford, Mike Curtis, Stephen Duncombe, and Larry Nikel, pay all costs incurred by reason of this appeal.

RENDERED MAY 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk